In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00007-CV
_____

JOHN C. DEATON JR. AND ELIZABETH DEATON, Appellants

V.

ENTERPRISE TE PRODUCTS PIPELINE LLC, Appellee

On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. A-200,797

MEMORANDUM OPINION

On January 4, 2018, John C. Deaton Jr. and Elizabeth Deaton filed a notice of appeal of an order signed on December 20, 2017. We docketed the appeal and granted a fifteen-day extension of time to file a petition for a permissive appeal. *See* Tex. R. App. P. 12.1, 28.3(d). On January 10, 2018, we notified the parties that the appeal would be dismissed unless a petition for a permissive appeal was filed by the January 19, 2018, deadline. *See* Tex. R. App. P. 42.3. No response has been filed.

A petition for a permissive appeal must be filed within fifteen days after the order to be appealed is signed. *See* Tex. R. App. P. 28.3(c). An extension may be granted if a party files the petition within fifteen days after the deadline and files a motion for extension of time. Tex. R. App. P. 28.3(d). In this case, the appellants filed a motion but did not file a petition within the time required. *Id.* Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on January 31, 2018
Opinion Delivered February 1, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.